UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA KENDRICK, *et al*,

    Plaintiff,

v.

FCA US LLC,

    Defendant.
_____/

Case No. 21-cv-12995
Hon. Matthew F. Leitman

# ORDER TO SUPPLY INFORMATION CONCERNING DEFENDANT'S CITIZENSHIP

Currently pending before the Court is Plaintiffs' motion to remand this action back to Wayne County Circuit Court. (*See* Mot., ECF No. 8.) Plaintiffs contend that this Court lacks diversity jurisdiction under 28 U.S.C. § 1332(a). Defendant FCA US LLC ("FCA") opposes Plaintiffs' motion. In considering the parties' arguments, the Court has determined that it requires additional information regarding FCA's corporate citizenship. Accordingly, the Court **ORDERS** that, by not later than **July 14, 2022**, FCA file a sworn declaration on the Court's docket stating the principal place of business of the following entities:

- FCA Foreign Sales Holdco Ltd.; and
- SFS UK1 Limited.

**IT IS SO ORDERED.**

Dated: July 5, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 5, 2022, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126