UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA KENDRICK, *et al*,

    Plaintiffs,

v.

                        Case No. 21-cv-12995
                        Hon. Matthew F. Leitman

FCA US LLC,

    Defendant.

_____/

**<u>ORDER DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 11)</u>**

On September 26, 2022, the Court held a hearing on Defendant FCA US LLC's motion to dismiss Plaintiffs' amended class action complaint. For the reasons stated on the record, the motion is **DENIED.**

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: September 26, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2022, by electronic means and/or ordinary mail.

                                        s/Linda Vertriest for Holly A. Ryan
                                        Case Manager
                                        (313) 234-5232