UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA CLAYTON, et al.,

      Plaintiffs,                          Case No. 21-cv-12995
                                                    Hon. Matthew F. Leitman

v.

FCA US LLC,

      Defendant.

_____/

## ORDER ON MOTION HEARING

On February 18, 2025, the Court held a hearing on several motions in this case. For the reasons explained on the record, Defendant FCA US LLC's motion to strike Plaintiffs' data sheets (ECF No. 81), Plaintiffs' motion for leave to take limited discovery (ECF No. 87), Plaintiffs' motion for a protective order (ECF No. 95), and Plaintiffs' motion to compel discovery (ECF No. 96) are **TERMINATED** because they have been superseded by further developments in this case. The Court **TAKES UNDER ADVISEMENT** Plaintiffs' motion for class certification (ECF No. 63) and FCA's motions to exclude Plaintiffs' expert witnesses (ECF Nos. 79, 80).

      **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: February 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126