UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA CLAYTON, et al.,

    Plaintiffs,

v.

    Case No. 21-cv-12995
    Hon. Matthew F. Leitman

FCA US LLC,

    Defendant.
_____/

### ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE (ECF Nos. 63, 79, 80)

On February 18, 2025, the Court held a hearing on Plaintiffs' motion for class certification (ECF No. 63) and Defendant FCA US LLC's motions to exclude Plaintiffs' expert witnesses (ECF Nos. 79, 80). At the conclusion of the hearing, the Court discussed with the parties whether they were interested in pausing the litigation phase of these proceedings so that they could explore a potential settlement. The Court told the parties that if they were inclined to mediate their dispute, the Court would terminate the pending motions without prejudice and reinstate them, if necessary, if the mediation was unsuccessful.

On February 25, 2025, the parties informed the Court that they have agreed to participate in a private mediation. (*See* Joint Status Rpt., ECF No. 111.) Given the parties' agreement to mediate their dispute, the Court will **TERMINATE**

**WITHOUT PREJUDICE** the parties' currently-pending motions (ECF Nos. 63, 79, 80).  If the parties are unable to reach a settlement to their dispute, the Court will reinstate and rule on the motions following the mediation.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 26, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126